| | |
|---|---|
| 1 | Sandra L. Davis, Esq.  (IN #27803-53) |
|   |   *(admitted Pro Hac Vice)* |
| 2 | Justin T. Walton, Esq.  (IN #29540-49) |
|   |   *(admitted Pro Hac Vice)* |
| 3 | Schuckit & Associates, P.C. |
|   | 4545 Northwestern Drive |
| 4 | Zionsville, IN  46077 |
|   | Telephone:  317-363-2400 |
| 5 | Fax:  317-363-2257 |
|   | E-Mail:  sdavis@schuckitlaw.com |
| 6 |          jwalton@schuckitlaw.com |

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| WARREN ROBERT MURPHY, JR. and LOAN T. NGUYEN MURPHY, <br>         Plaintiffs, <br><br>     vs. <br><br>OCWEN LOAN SERVICING, LLC; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive; <br>         Defendants. | CASE NO. 2:13-cv-00555-TLN-EFB <br><br> **JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiffs Warren Robert Murphy, Jr. and Loan T. Nguyen Murphy, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, (collectively the "Parties") hereby inform this Court that Plaintiffs and Trans Union have reached a settlement.  The Parties will

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 2:13-CV-00555-TLN-EFB**

file a stipulation of dismissal, dismissing Plaintiff's claims against Trans Union with prejudice once the settlement is consummated.

Respectfully submitted,

Date:  June 6, 2012         /s/ G. Thomas Martin, III (with consent)
G. Thomas Martin, III, Esq.
Price Law Group
15760 Ventura Boulevard, Suite 1100
Encino, CA  91436
Telephone:  818-907-2030
Fax:  818-205-2730
E-Mai:  tom@plglawfirm.com

*Counsel for Warren Robert Murphy, Jr. and Loan T. Nguyen Murphy*

Date:  June 6, 2012         /s/ Justin T. Walton
Sandra L. Davis, Esq.  (IN #27803-53)
   *(admitted Pro Hac Vice)*
Justin T. Walton, Esq.  (IN #29540-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sdavis@schuckitlaw.com
            jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*