G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiffs
Warren & Loan Murphy

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN ROBERT MURPHY, JR and LOAN T. NGUYEN MURPHY, <br><br> Plaintiffs, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-00555-TLN-EFB <br><br> NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY |

Notice of Settlement

-1-

**PLEASE TAKE NOTICE** that Plaintiffs, WARREN ROBERT MURPHY, JR and LOAN T. NGUYEN MURPHY have settled this matter with Defendant, EQUIFAX INFORMATION SERVICES, LLC only.

RESPECTFULLY SUBMITTED,

DATED: June 25, 2013        **PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
Attorney for Plaintiffs