| | |
|---|---|
| Katherine A. Klimkowski (SBN 263099)<br>kaklimkowski@jonesday.com<br>JONES DAY<br>3161 Michelson Drive<br>Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 851-3939<br>Facsimile: (949) 553-7539<br><br>Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN ROBERT MURPHY, JR<br>and<br>LOAN T. NGUYEN MURPHY,<br><br>      Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC;<br>TRANS UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No. 2:13-CV-00555-TLN-EFB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 20, 2013 |

PLEASE TAKE NOTICE THAT Plaintiffs Warren Robert Murphy and Loan T. Nguyen Murphy ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiffs' claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

| | | |
|---|---|---|
| Dated: February 21, 2014 | | Respectfully submitted, |
| | | JONES DAY |
| | | By: */s/ Katherine A. Klimkowski* |
| | |      Katherine A. Klimkowski |
| | | Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| Dated: February 21, 2014 | | Respectfully submitted, |
| | | PRICE LAW GROUP, APC |
| | | By: */s/ G. Thomas Martin III* |
| | |      G. Thomas Martin III |
| | | Attorney for Plaintiffs<br>WARREN MURPHY AND LOAN MURPHY |

# CERTIFICATE OF SERVICE

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On February 21, 2014, I served a copy of the **JOINT NOTICE OF SETTLEMENT** by electronic transmission.

I am familiar with the United States District Court for the Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| G. Thomas Martin, III, Esq.<br>Price Law Group<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436<br>T: (818) 907-2030<br>F: (818) 205-2730<br>Email: tom@plglawfirm.com<br>*Attorneys for Plaintiffs* | Patrick S. Ludeman, Esq.<br>Houser & Allison, APC<br>3780 Kilroy Airport Way, Suite 130<br>Long Beach, CA 90806<br>T: (562) 256-1675<br>F: (562) 256-1685<br>Email: pludeman@houser-law.com<br>*Attorneys for Ocwen Loan Servicing, LLC* |

Executed on February 21, 2014, at Irvine, California.

*/s/ Katherine A. Klimkowski*
Katherine A. Klimkowski