G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
WARREN & LOAN MURPHY

ERIC D. HOUSER (SBN 130079)
NICOLE M. JOHNSON (SBN 258453)
**HOUSER & ALLISON, APC**
3780 Kilroy Airport Way, Suite 130
Long Beach, CA 90806
Tel:     (562) 256-1675; Fax: (562) 256-1685
Email: pludeman@houser-law.com

Attorneys for Defendant OCWEN LOAN SERVICING, LLC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| WARREN ROBERT MURPHY, JR and LOAN T. NGUYEN MURPHY, <br><br>   Plaintiffs, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC.; and DOES 1 through 10, inclusive, <br><br>   Defendants. | **Case No.  2:13-cv-00555-TLN-EFB** <br><br> Honorable Troy L. Nunley <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **[FRCP Rule 41(a)(1)]** |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by Plaintiffs Warren Robert Murphy, Jr. and Loan T. Nguyen Murphy, on the one hand, and Defendant Ocwen Loan Servicing, LLC, on the other hand, through their respective

counsel of record, that the above-captioned action is dismissed as to Ocwen Loan Servicing, LLC with prejudice with each party to bear its own attorneys' fees and costs.

Dated: October 31, 2014     **PRICE LAW GROUP, APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiffs
Warren Murphy and Loan Murphy

Dated: October 31, 2014     **HOUSER & ALLISON**
A Professional Corporation

By: /s/ Nicole M. Johnson
Eric D. Houser
Nicole M. Johnson
Attorney for Defendant,
Ocwen Loan Servicing, LLC